# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of California

Case Number: 11CV0651 IEG JMA

Plaintiff:
**Liberty Media Holdings, LLC   A California Corporation**
vs.
Defendant:
**Cary Tabora**

For:
Marc Randazza Esq
Randazza Legal Group
3969 Fourth Avenue
Suite 204
San Diego, CA  92103

Received by Counter Intelligence Services on the 26th day of April, 2011 at 11:37 am to be served on **Cary Tabora, 435 W 54th St, Apt 1 B-W, New York, NY 10019**.

I, Donna Bates, do hereby affirm that on the **29th day of April, 2011** at **7:12 pm, I:**

**Cary TaboraINDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibit and Certificate Of Registration** with the date and hour of service endorsed thereon by me, to: **Cary Tabora** at the address of: **435 W 54th St, Apt 1 B-W, New York, NY 10019**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 25,  Sex: M,  Race/Skin Color: White,  Height: 5'6,  Weight: 190,  Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and sworn to before me
this ___ day of May, 2011
_____
Notary Public

ESTHER MATEO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6053745
Qualified in Queens County
My Commission Expires January 16, 2015

Donna Bates
1161093

**Counter Intelligence Services**
9 Sw 13th Street
Second Floor
Fort Lauderdale, FL 33315
(954) 764-7393
Our Job Serial Number: DPR-2011000686

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

