Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
10620 Southern Highlands Pkwy #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Cary Tabora and Schulyer Whetstone<br><br>Defendant. | Case No. 11-CV-651-IEG-JMA<br><br>**Declaration of Eric Gapp in Support of First Amended Complaint** |

I, Eric Gapp, declare under penalty of perjury that:

1. I am the vice president of intellectual property for Plaintiff Liberty Media Holdings, and as such, have personal knowledge of the facts contained herein.

2. It is Liberty's practice and custom to place a statement at the beginning of each work that complies with the requirements of USC § 2257. Part of the information included is the Plaintiff's San Diego address.

3. A true and correct copy of this statement as it appears in "Down on the Farm" is attached hereto as Exhibit 1.

Signed in Las Vegas, NV on July 19, 2011.

_____
Eric Gapp