**Exhibit 1**

# 18 U.S.C. §2257 Records Keeping Requirements Compliance Statement

## Corbin Fisher ®

All models depicted herein were at least 18 years old when the depiction was produced. The records required by federal law will be made available by the producer's records custodian at the following location:

2257 Compliance Manager
3969 4th Ave Studio 300
San Diego, CA 92103

The title of this production is:

**"Down on the Farm"**

The date of this production is:

**July 31, 2010**