Marc J. Randazza
CA Bar No. 269535
RANDAZZA LEGAL GROUP
10620 Southern Highlands Pkwy #510-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@Randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 11-CV-651-IEG-JMA |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE - ACKNOWLEDGEMENT OF SERVICE** |
| CARY TABORA AND SCHULYER WHETSTONE | |
| Defendants | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Vegas, State of Nevada, and not a party to the above-entitled cause. On August 8, 2011, I served a true copy of the Summons and Amended Complaint by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following :

  Mr. Cary Anthony Tabora,
  435 W 54 ST APT 1B-W
  NEW YORK, NY 10019-4579

  Mr. Cary Anthony Tabora
  6240 SW 37th Court
  Davie, FL 33314

  William Skinner, Esq.
  2667 Camino Del Rio South #100b
  San Diego, CA 92108

Executed on August 8, 2011 at Las Vegas, NV.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Service was mailed via US Mail and UPS, Return Receipt Requested. Service was made upon both Mr. Tabora and his counsel due to the fact that Mr. Skinner has represented to me that I am authorized to communicate directly with Mr. Tabora

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2011                                          Respectfully Submitted,

                                                                                       _____
                                                                                       Marc J. Randazza, Esq., SBN 269535
                                                                                       CA Bar No. 269535
                                                                                       RANDAZZA LEGAL GROUP
                                                                                       10620 Southern Highlands Pkwy #510-454
                                                                                       Las Vegas, NV 89141
                                                                                       888-667-1113
                                                                                       305-437-7662 (fax)
                                                                                       MJR@Randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff Liberty Media Holdings' Proof of Service – Acknowledgement of Service was filed using this Court's CM/ECF system on January 21, 2011. Plaintiff was able to effectuate service to Mr. Tabora via US Mail, UPS, Return Receipt Requested, and Email at ctabora@schools.nyc.gov.

Mr. Tabora's attorney, William Skinner, Esq. was also served via US Mail, UPS, Return Receipt Requested, and Email at Will@SkinnerEsq.com.

Dated: August 8, 2011

Respectfully submitted,
s/ Marc Randazza
Marc J. Randazza
CA Bar No. 269535
RANDAZZA LEGAL GROUP
10620 Southern Highlands Pkwy #510-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@Randazza.com