Marc J. Randazza
CA Bar No. 269535
RANDAZZA LEGAL GROUP
10620 Southern Highlands Pkwy #510-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@Randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 11-CV-651-IEG-JMA |
| Plaintiff, | |
| vs. | **NOTICE OF CORRECTION** |
| CARY TABORA AND SCHULYER WHETSTONE | |
| Defendants | |

At 4:44 PM, the undersigned caused to be filed ECF 5, a notice of service of an amended complaint and summons. At the time of filing, the undersigned had a good faith belief that the amended complaint and summons were, indeed, filed.

Immediately thereafter, it was discovered that an amended summons had not yet been provided. Accordingly, this document is intended to correct the record. The Amended complaint was served, but there has been no service of a new summons.

Dated: August 8, 2011                                   Respectfully Submitted,

                                                         ___/s/___ Marc J. Randazza_____
                                                         Marc J. Randazza, Esq., SBN 269535
                                                         CA Bar No. 269535
                                                         RANDAZZA LEGAL GROUP
                                                         10620 Southern Highlands Pkwy #510-454
                                                         Las Vegas, NV 89141
                                                         888-667-1113
                                                         305-437-7662 (fax)
                                                         MJR@Randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff Liberty Media Holdings' Proof of Service – Acknowledgement of Service was filed using this Court's CM/ECF system on January 21, 2011. Plaintiff was able to effectuate service to Mr. Tabora via US Mail, UPS, Return Receipt Requested, and Email at ctabora@schools.nyc.gov.

Mr. Tabora's attorney, William Skinner, Esq. was also served via US Mail, UPS, Return Receipt Requested, and Email at Will@SkinnerEsq.com.

Dated: August 8, 2011

Respectfully submitted,
s/ Marc Randazza
Marc J. Randazza
CA Bar No. 269535
RANDAZZA LEGAL GROUP
10620 Southern Highlands Pkwy #510-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@Randazza.com