1 | WILLIAM SKINNER (SBN 257139)
2 | 2667 Camino Del Rio South
    | Suite 100B
3 | San Diego, CA 92108
    | Phone: (800) 659-5937
4 | Fax:    (800) 601-9076

5 | Attorney for Defendant CARY TABORA

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

11 | LIBERTY MEDIA HOLDINGS LLC,
     |     A Corporation,
12 |
     |                    Plaintiff,
13 |
     | v.
14 |
     | CARY TABORA,
15 |
     |                    Defendant.

Case No. 11-CV0651 IEG JMA

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CARY TABORA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William Skinner, 2667 Camino Del Rio South, Suite 100B, San Diego, California, 92108, telephone number (800) 659-5937, facsimile number (800) 601-9076, and email address Will@SkinnerEsq.com, hereby enters his appearance as counsel of record on behalf of defendant Cary Tabora.

Dated: August 16, 2011                                          Respectfully submitted,


                                                          /s/ William Skinner
WILLIAM SKINNER (257139)
Attorney for Defendant
CARY TABORA