| | |
|---|---|
| 1 | WILLIAM SKINNER (SBN 257139) |
| 2 | 2667 Camino Del Rio South<br>Suite 100B |
| 3 | San Diego, CA 92108<br>Phone: (800) 659-5937 |
| 4 | Fax:    (800) 601-9076 |
| 5 | Attorney for Defendant CARY TABORA |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br>    A Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>CARY TABORA,<br><br>                    Defendant. | Case No. 11-CV0651 IEG JMA<br><br>**CERTIFICATE OF SERVICE** |

1

**Certificate of Service**
**11-CV0651 IEG JMA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2011, I electronically filed the following document(s):

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CARY TABORA

with the Clerk of the Court using the CM/ECF system, which will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF participants:

Marc J. Randazza
mjr@randazza.com

I also caused to be served, by US Postal Service, the following non-NEF parties:

-NONE-

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Diego, California.

Dated: August 16, 2011

   /s/ William Skinner
WILLIAM SKINNER (SBN 257139)
2667 Camino Del Rio South
Suite 100B
San Diego, CA 92108
(800) 659-5937
Will@SkinnerEsq.com