WILLIAM SKINNER (SBN 257139)
2667 Camino Del Rio South
Suite 100B
San Diego, CA 92108
Phone: (800) 659-5937
Fax:    (800) 601-9076

Attorney for Defendant CARY TABORA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC, A Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CARY TABORA,<br><br>    Defendant. | Case No. 11-CV0651 IEG JMA<br><br>**DEFENDANT CARY TABORA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:      September 26, 2011<br>Time:     10:30 am<br>Courtroom: 1<br>Judge:    Hon. Irma E. Gonzalez |

    Defendant Cary Tabora hereby moves this Court to dismiss the above-entitled action pursuant to Fed. R. Civ. P. 12(b)(2) and (3) for lack of personal jurisdiction and improper venue.

    This motion is brought on the grounds that the action must be dismissed because this Court does not have general or specific jurisdiction over defendant and that venue is improper.

    This motion is based on the pleadings and papers on file in this action, this motion, the Notice of Motion and Memorandum of Points and Authorities in Support Thereof filed

1    **Defendant's Motion to Dismiss**
**11-CV0651 IEG JMA**

concurrently herewith, the declarations of Cary Tabora and William Skinner, and such other and further evidence as may be presented at a hearing on this motion.

Dated: August 16, 2011                                   Respectfully submitted,


   /s/ William Skinner
WILLIAM SKINNER (257139)
Attorney for Defendant
CARY TABORA