WILLIAM SKINNER (SBN 257139)
2667 Camino Del Rio South
Suite 100B
San Diego, CA 92108
Phone: (800) 659-5937
Fax:    (800) 601-9076

Attorney for Defendant CARY TABORA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br>A Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARY TABORA,<br><br>Defendant. | Case No. 11-CV0651 IEG JMA<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Date:        September 26, 2011<br>Time:       10:30 am<br>Courtroom:  1<br>Judge:       Hon. Irma E. Gonzalez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 26, 2011 at 10:30 AM or as soon thereafter as the matter may be heard in Courtroom 1 of the United States Courthouse located at 940 Front Street, San Diego, CA 92101, Defendant Cary Tabora will move the Court for an order dismissing the above-entitled action on the grounds of lack of personal jurisdiction over Defendant and improper venue.

1  The motion is based upon the provisions of Fed. R. Civ. P. 12.

2

3  Dated: August 16, 2011                    Respectfully submitted,

4

5                                             /s/ William Skinner
   WILLIAM SKINNER (257139)
6  Attorney for Defendant
   CARY TABORA

7

8

... (lines 9–28)