1  WILLIAM SKINNER (SBN 257139)
   2667 Camino Del Rio South
2  Suite 100B
   San Diego, CA 92108
3  Phone: (800) 659-5937
   Fax:   (800) 601-9076
4

5  Attorney for Defendant CARY TABORA

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LIBERTY MEDIA HOLDINGS LLC,        | Case No. 11-CV0651 IEG JMA
        A Corporation,
12 |                                    | DECLARATION OF DEFENDANT
                        Plaintiff,        CARY TABORA IN SUPPORT OF
13 |                                    | HIS MOTION TO DISMISS
        v.
14 |
   CARY TABORA,
15 |
                        Defendant.
16 |

17

18                      DECLARATION

19

20  1. I, Cary Tabora, declare as follows under penalty of perjury:

21  2. I am Defendant in this case and have personal knowledge of the facts herein and could

22     competently testify to their veracity.

23  3. I am a graduate student and have resided in the State of New York, City of New York,

24     for the past four years.

25  4. After graduate school I intend to work and live in New York.

26  5. I have never visited California and have had no meaningful contact with any entity

27     there.

28

Declaration of Cary Tabora
11-CV0651 IEG JMA

6. If necessary I intend to call as a witness in this case a Mr. Whetstone who, at all relevant times, was my roommate and has knowledge of material facts related to the case. He is also a resident of New York.

7. At no time before the commencement of this case did I have any idea that Liberty Media or Corbin Fisher had a principal place of business in San Diego.

8. At no time did I sign a contract or agree in any way to legal venue in San Diego.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2011.

_____
CARY TABORA