WILLIAM SKINNER (SBN 257139)
2667 Camino Del Rio South
Suite 100B
San Diego, CA 92108
Phone: (800) 659-5937
Fax:    (800) 601-9076

Attorney for Defendant CARY TABORA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br>    A Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>CARY TABORA,<br><br>              Defendant. | Case No. 11-CV0651 IEG JMA<br><br>**DECLARATION OF WILLIAM SKINNER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

**DECLARATION**

1. I, William Skinner, declare as follows under penalty of perjury:

2. I am attorney of record for Defendant Cary Tabora in this case and as such have personal knowledge of the facts herein.

3. On May 16th or 17th of this year I talked with Mr. Randazza, attorney for Plaintiff, about this case.

4. In this conversation, he told me that Plaintiff either had moved, or was moving later this year, to Las Vegas.

5. He also told me that he himself had already moved to a new office located in Las Vegas.

6. On August 8, 2011 I performed an internet search of Plaintiff's 302 Washington Street address in San Diego and found that it was a mailbox at a UPS Store.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2011.

_____
WILLIAM SKINNER