1  WILLIAM SKINNER (SBN 257139)
   2667 Camino Del Rio South
2  Suite 100B
   San Diego, CA 92108
3  Phone: (800) 659-5937
   Fax:   (800) 601-9076
4

5  Attorney for Defendant CARY TABORA

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | LIBERTY MEDIA HOLDINGS LLC,        | Case No. 11-CV0651 IEG JMA
        A Corporation,
12                                          **CERTIFICATE OF SERVICE**
                   Plaintiff,
13
        v.
14
   CARY TABORA,
15
                   Defendant.
16

Case 3:11-cv-00651-IEG -JMA   Document 9-5   Filed 08/16/11   Page 2 of 2

## CERTIFICATE OF SERVICE

Kj g tgd{"egtvkh{"vj cv"qp " Cwi wuv"38."4233."  K"gngevtqpkecm{"hkngf"vj g"hqmqy kpi "fqewo gpv*u+<"

O QVKQP "VQ"FKUO KUU="P QVKEG"QH"O QVKQP ="O GO QTCP FWO "QH"RQKP VU CP F "CWVJ QTKVKGU="FGENCTCVKQP "QH"VCDQTC="FGENCTCVKQP "QH"UMKP P GT"y kj "vj g"E ngtm"qh"vj g"E qwtv"wukpi "vj g"E O IGEH"u{uvgo ."y j kej "y km"r tqxkfg"ugtxkeg"qh"uwej "

Hkrkpi *u+"xkc"P qvkeg"qh"Grgevtqpke"Hkrkpi "*P GH+"vq"vj g"hqmqy kpi "P GH"r ctvkekr cpw<

O cte"L0Tcpfc||c"
o ltB tcpfc||c0eqo "

Kcnuq"ecwugf "vq"dg"ugtxgf ."d{"WU"Rquvcn"Ugtxkeg."vj g"hqmqy kpi "pqp/P GH"r ctvkgu<

/P QP G/"

Kfgenctg"wpf gt"vj g"r gpcnv{"qh"r gtlwt{ "wpf gt"vj g"ncy u"qh"vj g"Uvcvg"qh"Ecrkhqtpkc"vj cv"vj g"hqtgi qkpi "ku"vtwg"cpf "eqttgev"cpf "vj cv"vj ku"f genctcvkqp"y cu"gzgewvgf "kp"Ucp"F kgi q."Ecrkhqtpkc0'

| Fcvgf | <"Cwi wuv"38."4233 | " | " | " | "lul"Y knkco "Umkppgt"""""""""""""""""""" |
|---|---|---|---|---|---|
| " | " | " | " | " | Y KNNKCO "UMKP P GT"*UDP "47935; +" |
| " | " | " | " | " | 4889"Ecm kpq"F gn"Tkq"Uqwvj " |
| " | " | " | " | " | Uwkvg"322D" |
| " | " | " | " | " | Ucp"F kgi q."EC"; 432: " |
| " | " | " | " | " | *: 22+"87; /7; 59" |
| " | " | " | " | " | Y knB UmkppgtGus0eqo " |
4"

**Certificate of Service**
**11-CV0651 IEG JMA**