Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
10620 S. Highlands Pkwy. #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 3:11-CV-00651-IEG -JMA |
| Plaintiff, | **DECLARATION OF JOHN MANCINI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE** |
| vs. | |
| CARY TABORA AND SCHULYER WHETSTONE, | Judge: Hon. Irma E. Gonzalez |
| Defendants. | |

I, JOHN MANCINI, declare:

1.    I am over the age of 18 and am a resident of the State of California.

2.    I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3.    I am employed by Plaintiff, Liberty Media Holdings, LLC, in San Diego, California.

4.    My work location for the Plaintiff is 3969 4th Avenue, San Diego, California 92103.

5.    I am tasked with documenting the Plaintiff's copyrighted works, filing their copyright registration certificates, and maintaining copyright registration files.    I am knowledgeable, capable, and able to testify on these matters.

1

1    6.    I am also tasked with retrieving the company's mail and packages that are
2    delivered to the UPS store at 302 Washington Street, which is right across the intersection of
3    Fourth Avenue and Washington Street.  I have provided a map of my route, which is attached to
4    the opposition as Exhibit N.
5        Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing
6    is true and correct.

7

8

9    Dated: September _6_, 2011 in San Diego, California.

10

11

12                                JOHN MANCINI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that the foregoing document was filed using this Court's CM/ECF system

4   on September 6 2011.

5

6   Date: September 6, 2011.

7                                                      Erika Dillon
                                                       Liberty Media Holdings, LLC
8                                                      4262 Blue Diamond Road #102-377
                                                       Las Vegas, NV 89139
9                                                      erika@libertymediaholdings.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28