Marc J. Randazza, Esq., CA Bar 269535
Randazza Legal Group
10620 S. Highlands Pkwy. #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>CARY TABORA AND SCHULYER WHETSTONE,<br><br>    Defendants. | Case No. 3:11-CV-00651-IEG -JMA<br><br>**DECLARATION OF HENRY LEONARD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE**<br><br>Judge: Hon. Irma E. Gonzalez |

I, HENRY LEONARD, declare:

1.  I am over the age of 18 and am a resident of the State of California.

2.  I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3.  I am employed by Plaintiff, Liberty Media Holdings, LLC, in San Diego, California.

4.  I am employed by Plaintiff as in-house CPA. My work location is 3969 4th Avenue, San Diego, California 92103. However, the company prefers to receive mail at the UPS store at 302 Washington Street, which is right across the intersection of Fourth Avenue and Washington Street.

1

1      5.     I am knowledgeable, capable and experienced in determination of damages in Plaintiff's copyright related suits. See the Declaration I provided for the Plaintiff in Liberty Media Holdings v. Vinigay, et. al, which I have attached to this declaration. I produced the declaration in a similar case. I also personally testified in court in that case. I expect to offer similar testimony in this case.

     Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: September 6, 2011 in San Diego, California.

*(signature)*

HENRY LEONARD

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on September 6 2011.

Date: September 6, 2011.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road #102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com