Marc J. Randazza, Esq.,
Arizona Bar No. 027861
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Media Holdings, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Vinigay.com; Gustavo Paladeski; Vinicius Alves<br><br>　　　　Defendants. | Case No. 11-CV-0280-PHX-LOA<br><br>**Declaration of Henry Leonard in Support of Application for Entry of Default Judgment**<br><br>Hearing Date: July 8, 2011<br>Hearing Time: 2:00 p.m.<br>Judge: Hon. Lawrence O. Anderson |

I, Henry Leonard, declare under penalty of perjury that:

1. I am the Certified Public Accountant and Certified Management Accountant for Plaintiff Liberty Media Holdings (Liberty).

2. I have reviewed copies of the infringements as they occurred on Vinigay.com. Specifically, I reviewed the infringements of Plaintiff's works "Cody Fucks Lucas," "Dave Fucks Dawson (also titled "Fucking Dawson")," and "Cain Fucks Travis," (jointly referred to as the "Works"), which appear as Exhibit 6 to the Memorandum in Support of Plaintiff's Application for Default Judgment.

3. The Plaintiff charges $39.95 for a one-time, non-recurring one-month membership to its website. See Exh. 8 to the Memorandum in Support of Plaintiff's Application for Default Judgment.

1

4. Had each of the 10,137 people who viewed "Cody Fucks Lucas" and each of the 14,655 people who viewed "Cain Fucks Travis" purchased a one-time membership to Corbinfisher.com, Liberty would have earned $990,440.40.

5. As I am not aware of how many people viewed "Dave Fucks Dawson," I am unable to include this information into my calculations. However, if we presume that it is within the same realm as the other two films, this would mean that Liberty lost approximately $1.5 million from these three infringements.

6. Additionally, there are factors, which are difficult to know, which could adjust this figure upward or downward.

    a. For example, these amounts do not take into account how many people would have **renewed** their memberships to Plaintiff's site on an ongoing basis, nor how many additional people received copies of the Works from the people who downloaded the Works from Vinigay.com. These factors would increase the amount of damages.

    b. On the other hand, it can not be stated with 100% certainty that everyone who viewed the material on Vinigay.com would have purchased a subscription to the Plaintiff's website. Therefore, this could adjust the figure downward.

7. As such, by my calculations, Plaintiff's actual damages are likely exponentially higher than $990,440.40, but I am prepared to support the $990,440.40 figure as a verifiable lost sales estimate.

Signed on May ___, 2011 in San Diego, California.

_____

Henry Leonard

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on May 31, 2011.  Service was made on Defendants by email pursuant to the Court's Order (ECF No. 10).

Dated: May 31, 2011                    Respectfully submitted,

                                       s/ Marc Randazza
                                       Marc J. Randazza, SBN 269535
                                       Randazza Legal Group
                                       3969 Fourth Avenue, Suite 204
                                       San Diego, CA 92103
                                       888-667-1113
                                       305-437-7662 (fax)
                                       mjr@randazza.com