1  Marc J. Randazza, Esq., CA Bar 269535
   Randazza Legal Group
2  10620 S. Highlands Pkwy. #110-454
   Las Vegas, NV 89141
3  888-667-1113
   305-437-7662 (fax)
4  MJR@randazza.com

5
   Attorney for Plaintiff,
6  LIBERTY MEDIA HOLDINGS, LLC

7
                    UNITED STATES DISTRICT COURT
8
          SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION
9

10
                                    )   Case No. 3:11-CV-00651-IEG -JMA
11 LIBERTY MEDIA HOLDINGS, LLC      )
                                    )   **DECLARATION OF MARC J. RANDAZZA
12         Plaintiff,               )   IN SUPPORT OF PLAINTIFF'S
                                    )   OPPOSITION TO MOTION TO DISMISS
13   vs.                            )   FOR LACK OF JURISDICTION AND
                                    )   IMPROPER VENUE**
14                                  )
   CARY TABORA AND SCHULYER         )   Judge: Hon. Irma E. Gonzalez
15 WHETSTONE,                       )
                                    )
16         Defendants.              )
                                    )
17 _____)

18 I, MARC J. RANDAZZA, declare:

19     1.   I am over the age of 18 and am a resident of the State of Nevada.

20     2.   I have personal knowledge of the facts herein, and if called as a witness, could
21 testify competently thereto.

22     3.   I made an offer to send a copy of the proposed Amended Complaint to
23 Defendant's counsel on July 7, 2011.

24     4.   The email containing the above-referenced offer has not been produced to the
25 Court as it contains privileged settlement discussions pursuant F.R.E. 408.  However, I will
26 produce it to the Court upon an order to do so or a waiver by both parties of their rights under
27 F.R.E 408.

28

                                        1

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: September 6, 2011 in Las Vegas, Nevada.

_____
MARC J. RANDAZZA

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on September 6 2011.

Date: September 6, 2011.

*[signature]*

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road #102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com