Marc J. Randazza, Esq., CA Bar 269535
Randazza Legal Group
10620 S. Highlands Pkwy. #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>CARY TABORA AND SCHULYER WHETSTONE,<br><br>Defendants. | Case No. 3:11-CV-00651-IEG -JMA<br><br>**DECLARATION OF ERIKA DILLON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE**<br><br>Judge: Hon. Irma E. Gonzalez |

I, ERIKA DILLON, declare:

1. I am over the age of 18 and am a resident of the State of Nevada.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am employed by the Plaintiff, Liberty Media Holdings, LLC, in Las Vegas, Nevada.

4. I reviewed reports on Lexis Nexis concerning the Defendant, Cary Tabora, including, but not limited to, his address, driver's license and telephone numbers, all registered in Florida. I received the information from Lexis Nexis indicating that Mr. Tabora is registered to vote in Broward County in Davie, Florida; that he possesses a Florida driver's license registered

1  in Broward County in Davie, Florida; and that he has a telephone number with area code 954, the
2  area code serving the Broward County in Florida.
3     5.   The above-mentioned reports are attached, in part, as Exhibit M to the
4  Opposition. I redacted personal information in this excerpted report out of desire by the Plaintiff
5  to keep Mr. Tabora's personal information out of the public record, but I can produce unredacted
6  copies upon request.
7     6.   I also reviewed reports of the files that Mr. Tabora downloaded from Corbin
8  Fisher's website, which are regularly kept by the Plaintiff as business records. Upon examining
9  the records, it is clear that Mr. Tabora downloaded 157 videos from the Plaintiff's website, 144
10 of which contain title screens indicating that the company is based in San Diego, California. The
11 remaining 13 videos were older and listed Tampa, Florida as the location of the company.
12    Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing
13 is true and correct.
14
15
16 Dated: September 6, 2011 in Las Vegas, Nevada.
17
18
19                                                                 ERIKA DILLON
20
21
22
23
24
25
26
27
28

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on September 6 2011.

Date: September 6, 2011.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road #102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com