UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 11-CV-651-IEG-JMA |
| Plaintiff, | **DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF SECOND AMENDED COMPLAINT** |
| vs. | |
| CARY TABORA and SCHULYER WHETSTONE | |
| Defendants | |

I, MARC J. RANDAZZA, declare under penalty of perjury that:

1. I am the attorney for Plaintiff Liberty Media Holdings in the above-captioned case. I have personal knowledge of the facts contained herein.

2. On April 29, 2011, Cary Tabora was served with a copy of the summons and complaint in this Action.

3. Shortly after being served, Mr. Tabora contacted me in order to discuss the claims against him. As a result, I engaged in a series of conversations with Mr. Tabora on or around the first two weeks of May 2011.

4. During these conversations, Mr. Tabora stated that his roommate, a Mr. Schulyer Whetstone, was the party who illegally downloaded and subsequently distributed the motion picture, "Down on the Farm" (hereinafter the Work).

5. Mr. Tabora stated that he had full knowledge of his roommate's actions, that he knew his actions constituted illegal copyright infringement, yet he continued to allow the

conduct to take place by allowing Mr. Whetstone access to the Internet connection which was in Mr. Tabora's name.

6.  Mr. Tabora stated to me that "I was negligent," by allowing Whetstone to continue his infringing conduct, and additionally that he was aware that Whetstone's actions could likely result in legal consequences for both himself and Whetstone.

7.  Mr. Tabora further stated that he knew Whetstone's actions would eventually cause legal problems for him.  Mr. Tabora additionally stated to me that, as he was afraid of legal action against him if Whetstone's torrenting activities were dected, he advised Mr. Whetstone that the Internet connection should be placed in Whetstone's name.

8.  Despite this, no action was ever taken, and Mr. Tabora continued to allow Mr. Whetstone to use his Internet connection for illegal purposes.

9.  Mr. Tabora has refused to provide this information in a sworn statement.

Dated: October 21, 2011 in Las Vegas, Nevada.

                  *s/ Marc J. Randazza*
                  MARC J. RANDAZZA, CA Bar 269535
                  Randazza Legal Group
                  6525 Warm Springs Road, Suite 100
                  Las Vegas, NV 89118
                  888-667-1113
                  305-437-7662 (fax)
                  mjr@randazza.com
                  Attorney for Plaintiff, Liberty Media Holdings