# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | California | Court: | United States District Court for the Southern District of California |
| County of: | | Court Case #: | 11CV651-IEG (JMA) |
| | | Court Date: | |
| | | Issued Date: | 10/24/2011 |
| Plaintiff: | | Our Case #: | A1966-16 |
| Leberty Media Holdings, LLC | | Client's ref #: | 11CV651-IEG (JMA) |

**Defendant:**
Cary Tabora; Whulyer Whetstone

**For:**
Erika Dillon
Liberty Media Holdings, LLC
10620 Southern Highlands Parkway # 110-454
Las Vegas, NV 89141

Received by Counter Intelligence Services on the 24th day of October 2011 to be served on **Schulyer Whetstone / AKA Skyler Whetstone**, located at 54 MURRAY STREET NEW YORK 10007.

I, Dominic DellaPorte, duly sworn, declare that on the 25th day of October 2011 at 11:20 AM, **I INDIVIDUALLY SERVED** this paper of process **Second Amended Complaint Summons in a Civil Action** by leaving a copy at the within named person's usual place of business.

Description: Black male, black hair, approx. 28 in age, 5'10" and 140lbs. NOTE: During service the process server learned that the subjects correct name is (Skyler Whetstone)

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_____
Dominic DellaPorte
Lic#:
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_____
NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me on
25th day of October 2011

X Personally Known
☐ Provided ID _____

Copyright © 2006 - 2011, Virtual Case Management, LLC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014