1   WILLIAM SKINNER (SBN 257139)
    2667 Camino Del Rio South
2   Suite 100B
    San Diego, CA 92108
3   Phone: (800) 659-5937
    Fax:    (800) 601-9076
4

5   Attorney for Defendant CARY TABORA

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  LIBERTY MEDIA HOLDINGS LLC,              Case No. 11-CV0651 IEG JMA

12       A Corporation,                      **DEFENDANT CARY TABORA'S
                                             MOTION TO DISMISS PLAINTIFF'S
13                      Plaintiff,           SECOND AMENDED COMPLAINT
                                             FOR LACK OF PERSONAL
14       v.                                  JURISDICTION AND IMPROPER
                                             VENUE**
15  CARY TABORA, et al.

16                      Defendants.          Date:       December 19, 2011
                                             Time:       10:30 am
17                                           Courtroom:  1
                                             Judge:      Hon. Irma E. Gonzalez
18

19

20

21       Defendant Cary Tabora hereby moves this Court to dismiss the above-entitled action

22  pursuant to Fed. R. Civ. P. 12(b)(2) and (3) for lack of personal jurisdiction and improper

23  venue.

24       This motion is brought on the grounds that the action must be dismissed because this

25  Court does not have general or specific jurisdiction over defendant and that venue is

26  improper.

27       This motion is based on the pleadings and papers on file in this action, this motion, the

28  Notice of Motion and Memorandum of Points and Authorities in Support Thereof filed

                                        1                    **Defendant's Motion to Dismiss
                                                              11-CV0651 IEG JMA**

1  concurrently herewith, the declaration of Cary Tabora, and such other and further evidence as

2  may be presented at a hearing on this motion.

3

4  Dated: November 11, 2011                          Respectfully submitted,

5

6                                                     /s/ William Skinner
                                                      WILLIAM SKINNER (257139)
7                                                     Attorney for Defendant
                                                      CARY TABORA
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Defendant's Motion to Dismiss**
                                                                 **11-CV0651 IEG JMA**