1  WILLIAM SKINNER (SBN 257139)
   2667 Camino Del Rio South
2  Suite 100B
   San Diego, CA 92108
3  Phone: (800) 659-5937
   Fax:   (800) 601-9076
4

5  Attorney for Defendant CARY TABORA

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LIBERTY MEDIA HOLDINGS LLC, | Case No. 11-CV0651 IEG JMA |
   |     A Corporation,          |                             |
12 |                             | **NOTICE OF DEFENDANT CARY** |
   |            Plaintiff,       | **TABORA'S MOTION TO DISMISS** |
13 |                             | **PLAINTIFF'S SECOND AMENDED** |
   |        v.                   | **COMPLAINT**               |
14 |                             |                             |
   | CARY TABORA, et al.         |                             |
15 |                             | Date:     December 19, 2011 |
   |           Defendants.       | Time:     10:30 am          |
16 |                             | Courtroom: 1                |
   |                             | Judge:    Hon. Irma E. Gonzalez |
17

18

19

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21

22      PLEASE TAKE NOTICE that on December 19, 2011 at 10:30 AM or as soon

23 thereafter as the matter may be heard in Courtroom 1 of the United States Courthouse located

24 at 940 Front Street, San Diego, CA 92101, Defendant Cary Tabora will move the Court for an

25 order dismissing the above-entitled action on the grounds of lack of personal jurisdiction over

26 Defendant as well as improper venue.

27

28

                              1                    **Notice of Motion to Dismiss**
                                                      **11-CV0651 IEG JMA**

1  The motion is based upon the provisions of Fed. R. Civ. P. 12.

2

3  Dated: November 11, 2011                    Respectfully submitted,

4

5                                              /s/ William Skinner
                                            WILLIAM SKINNER (257139)
6                                           Attorney for Defendant
                                            CARY TABORA