1 | WILLIAM SKINNER (SBN 257139)
2 | 2667 Camino Del Rio South
    Suite 100B
    San Diego, CA 92108
3 | Phone: (800) 659-5937
    Fax:   (800) 601-9076
4 |
5 | Attorney for Defendant CARY TABORA
6 |
7 |
8 |              **UNITED STATES DISTRICT COURT**
9 |              **SOUTHERN DISTRICT OF CALIFORNIA**
10 |
11 | LIBERTY MEDIA HOLDINGS LLC,          Case No. 11-CV0651 IEG JMA
12 |      A Corporation,                  **CERTIFICATE OF SERVICE**
13 |                Plaintiff,
14 |      v.
15 | CARY TABORA, et al.
16 |                Defendant.
17 |
...
28 |

                            1                          **Certificate of Service**
                                                       **11-CV0651 IEG JMA**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I electronically filed the following document(s):

NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; MEMO OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF CARY TABORA

with the Clerk of the Court using the CM/ECF system, which will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF participants:

Marc J. Randazza
mjr@randazza.com

I also caused to be served, by US Postal Service, the above documents on the following non-NEF parties:

Mr. Schulyer Whetstone
54 Murray St.
New York, NY 10007

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Diego, California.

Dated: November 11, 2011        /s/ William Skinner
                                WILLIAM SKINNER (SBN 257139)
                                2667 Camino Del Rio South
                                Suite 100B
                                San Diego, CA 92108
                                (800) 659-5937
                                Will@SkinnerEsq.com