Marc J. Randazza, Esq. Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CARY TABORA and SCHULYER WHETSTONE<br><br>Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SCHULYER WHETSONE** |

NOW COMES Plaintiff Liberty Media Holdings, LLC (LMH), by its attorney, Marc J. Randazza, and respectfully requests this Court to enter a default against Defendant Schulyer Whetstone. In support of its Motion, Plaintiff offers the attached Memorandum of Points and Authorities and Declaration of Marc Randazza.

Dated: November 16, 2011        Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com
Attorney for Plaintiff, Liberty Media Holdings

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on November 16, 2011. A copy was also sent via U.S. mail to Defendant Whetstone at 54 Murray Street, New York, NY 10007.

Dated: November 16, 2011

Respectfully submitted,

_____
Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd., Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com