Marc J. Randazza, Esq. Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>CARY TABORA AND SCHULYER WHETSTONE<br><br>    Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SCHULYER WHETSTONE** |

    NOW COMES Plaintiff Liberty Media Holdings, LLC (Liberty), by its attorney, Marc J. Randazza, and respectfully requests this Court to enter a default, pursuant to Fed. R. Civ. Proc., Rule 55(a), against Defendant Schulyer Whetstone. In support of its Motion, Plaintiff states as follows:

    On October 21, 2011, Plaintiff filed a Second Amended Complaint against Schulyer Whetstone for copyright infringement. (ECF No. 18).

    Defendant Whetstone was personally served with a true copy of the Amended Complaint on October 25, 2011. (ECF No. 20).

    Based on the service of the Complaint, Defendant Whetstone was required to plead or otherwise defend on or before November 15, 2011. Randazza Dec. ¶ 5.

    Defendant Whetstone has failed to appear, answer or otherwise defend in the time allowed by law and is therefore in default. Randazza Decl. ¶¶ 5-6 .

1 | WHEREFORE, Plaintiff Liberty respectfully requests an Entry of Clerk's Default by the
2 | Clerk of this Court.

3 | Dated: November 16, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com
Attorney for Plaintiff, Liberty Media Holdings

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on November 16, 2011. A copy was also sent via U.S. mail to Defendant Whetstone at 54 Murray Street, New York, NY 10007.

Dated: November 16, 2011

Respectfully submitted,

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd., Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com