Marc J. Randazza, Esq. Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CARY TABORA AND SCHULYER WHETSTONE<br><br>Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SCHULYER WHETSTONE** |

I, Marc J. Randazza, declare under penalty of perjury as follows:

1. I am an attorney for the Plaintiff, duly licensed to practice law in Florida, Massachusetts, Arizona and California. I have first-hand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is filed in support of Plaintiff's Motion for Entry of Clerk's Default against Defendant Schulyer Whetstone.

3. On October 21, 2011, Plaintiff filed a Second Amended Complaint against Schulyer Whetstone for copyright infringement. ECF No. 18.

4. Defendant Whetstone was personally served with a true copy of the Amended Complaint on October 25, 2011 through a professional process server retained by the Plaintiff. ECF No. 20.

1

5. Based on the service of the Amended Complaint, Defendant Whetstone was required to plead or otherwise defend on or before November 15, 2011.

6. Defendant Whetstone has failed to appear, answer or otherwise defend in the time allowed by law and is therefore in default.

Dated: November 16, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, Cal. Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
mjr@randazza.com
Attorney for Plaintiff, Liberty Media Holdings

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on November 16, 2011. A copy was also sent via U.S. mail to Defendant Whetstone at 54 Murray Street, New York, NY 10007.

Dated: November 16, 2011

Respectfully submitted,

_____
Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd., Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com