# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 17 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Liberty Media Holdings, LLC<br><br>Plaintiff,<br><br>vs<br><br>Cary Tabora; Shulyer Whetstone<br><br>Defendant, | Civil No.   11cv651-IEG(JMA)<br><br>DEFAULT |

It appears from the records in the above entitled action that Summons issued on the Second Amended Complaint filed on October 21, 2011 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

Shulyer Whetstone

**Entered On:**   November 17, 2011         W. SAMUEL HAMRICK, JR., CLERK

By: _____
J. Haslam, Deputy