Marc J. Randazza, Esq., CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>CARY TABORA AND SCHULYER WHETSTONE,<br><br>Defendants | Case No. 3:11-CV-00651-IEG -JMA<br>Judge: Hon. Irma E. Gonzalez<br><br>**JOINT MOTION TO RESCHEDULE HEARING DATES RE: DEFENDANT CARY TABORA'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 21)** |

Plaintiff, Liberty Media Holdings (hereinafter "Liberty" or "Plaintiff") and Defendant Cary Tabora (hereinafter "Tabora" or "Defendant") file this Joint Motion to Reschedule Hearing Dates for Defendant Cary Tabora's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 21).

After the motion was filed, Plaintiff's counsel informed Defendant's counsel that Plaintiff's counsel has a prior commitment in Denver, Colorado and a concurrent bar preparation course required for admission to the bar of the province of Ontario on December 19, the currently scheduled date for the hearing. Given these conflicts, attendance on this date will not be possible for Plaintiff's counsel. Given the Plaintiff's counsel's examinations for entry to the Ontario bar, and other commitments, Plaintiff's counsel has no other availability prior to January

1

23, 2012.

Therefore, Plaintiff and Defendant jointly move to reschedule the hearing on the Motion to Dismiss (ECF 21) to a time on or after January 23, 2012.

Dated: November 16, 2011

/s/ Marc J. Randazza

Marc J. Randazza, CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff
Liberty Media Holdings, LLC

Dated: November 18, 2011

/s/ William Skinner

William Skinner, CA Bar No. 257139
2667 Camino Del Rio South
Suite 100B
San Diego, CA 92108
800-659-5937
Will@SkinnerEsq.com

Attorney for Defendant
Cary Tabora

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on November 18, 2011. A copy was mailed to Defendant Whetstone at 54 Murray Street; New York, NY 10007.

Date: November 18, 2011.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road, Ste 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com