# EXHIBIT A

English

Get Started    Features    Community    Help    **Free Download**

# Peers

Help    BitTorrent User Manual    Appendix A: The BitTorrent Interface    Main Window    Detailed Info Pane    Peers

The Peers tab is where you'll find information about all the peers you are currently connected to on the selected torrent. The following is a description of each column:

- IP displays the peer's IP address and the flag of the country they're from. If Resolve IPs is enabled, the country flag and hostname will be displayed instead.
- % displays the approximate percent of the torrent job the peer has completed.
- Client displays the BitTorrent client that the peer reports it is using. If BitTorrent suspects the client of spoofing (faking) its client ID, it will note it as such.
- Debug displays information that might be useful in debugging problems.
- Down Speed is the averaged speed at which you are downloading data from the peer.
- Downloaded is the amount of data you have downloaded from the peer since the torrent job was added.
- Flags displays various letters, each carrying a special meaning about the state of the connection:
  - ?: your client unchoked the peer but the peer is not interested
  - D: currently downloading from the peer (interested and not choked)
  - d: your client wants to download, but peer doesn't want to send (interested and choked)
  - E: peer is using Protocol Encryption (all traffic)
  - e: peer is using Protocol Encryption (handshake)
  - F: peer was involved in a hashfailed piece (not necessarily a bad peer, just involved)
  - H: peer was obtained through DHT
  - h: peer connection established via UDP hole-punching
  - I: peer established an incoming connection
  - K: peer unchoked your client, but your client is not interested
  - L: peer has been or discovered via Local Peer Discovery
  - O: optimistic unchoke
  - P: peer is communicating and transporting data over uTP
  - S: peer is snubbed
  - U: currently uploading to the peer (interested and not choked)
  - u: the peer wants your client to upload, but your client doesn't want to (interested and choked)
  - X: peer was included in peer lists obtained through Peer Exchange (PEX)

**FAQ**

**Videos & Guides**

**Forums**

**User Manual**

  Chapter 01: Introduction to BitTorrent
  Chapter 02: Basic Guides
  Chapter 03: Advanced Guides
  Appendix A: The BitTorrent Interface
  Appendix B: Advanced Information
  FAQ: Frequently Asked Questions
  Glossary
  External Links
  Credits

- x. peer was included in peer lists obtained through Peer Exchange (PEX)
- Hasherr is the number of pieces this peer sent to you that failed the hash check.
- Inactive displays the number of seconds since the last non-keepalive message was sent with this peer.
- MaxDown is the peak, unaveraged speed at which you were downloading from the peer.
- MaxUp is the peak, unaveraged speed at which you were uploading to the peer.
- Peer Download Rate is an estimated rate at which the peer is downloading based on the peer's reported change in pieces obtained. This estimation is very crude and is most likely inaccurate, so it should only be lightly relied upon.
- Port displays the listening port that the peer is using.
- Queued displays the number of bytes requested by a peer that was left unsent by your client.
- Relevance is the percent of the torrent contents that the peer has that you currently do not have.
- Reqs displays the number of 16 KiB block requests you've made to the peer on the left side, and the number of 16 KiB requests they've made to you on the right side.
- Up Speed is the averaged speed at which you are uploading data to the peer.
- Uploaded is the amount of data you have uploaded to the peer since the torrent job was added.
- Waited displays the number of seconds since the last request was made to this peer.

## Context Menu

- Add Peer... allows you to add a peer manually if you know the peer's IP address and port. BitTorrent will attempt to connect to the newly-added peer as soon as possible. Only one peer can be added at a time, in the following format: IP:port
  - IPv4 IPs must be inputted in standard dot-decimal notation, like so: 127.0.0.1:80.
  - IPv6 IPs must be inputted in colon-hexadecimal notation (enclosed between square brakets), like so: [0000:0000:0000:0000:0000:0000:0000:0001]:80. Zero-grouped IPv6 addresses are accepted.

- 
- Copy Peer List will copy the IP addresses and the ports of every peer it has in its peer cache to the clipboard, one IP:port pair per line.
- Copy Selected Hosts will copy the IP addresses and the ports of each selected peer, one IP:port pair per line.
- Log Traffic to Logger Tab tells BitTorrent to log connection details from the torrent job to the Logger tab.
- Reload IPFilter forces BitTorrent to reload ipfilter.dat. This option is disabled when ipfilter.enable is disabled.

- 
- Resolve IPs tells BitTorrent to convert the IP addresses into hostnames for display purposes. This option must be enabled in order for flags to be displayed next to the peer.

| Like | Be the first of your friends to like this. |

### @BitTorrent
Want to send large cellphone videos to your friends? Now drag it into @utorrent and send friends a link...http://bit.ly/eEiApm
**View Tweet**

### BitTorrent Blog
JaGoFF Releases Free Music for Buy Nothing Day
**View Post**

### Community Forums
Date in torrent
**View Post**

---

**Free Download**
Version 7.2.2 for Mac

Other Platforms & Languages

**Get Started**
Find Torrents
Apps

**Company**
About BitTorrent
Jobs at BitTorrent
BitTorrent DNA
Technology Partners

**Help**
FAQs
Videos & Guides
Forums
User Manual

**Products**
Windows
Mac
BitTorrent Remote

About Us  Press  Privacy Policy  EULA  Terms  IRC