Marc J. Randazza, Esq. CA Bar 269535
Randazza Legal Group
6525 Warm Springs Rd. Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>           Plaintiff,<br><br>     vs.<br><br>CARY TABORA and SCHULYER WHETSTONE<br><br>           Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SCHULYER WHETSTONE**<br><br>**Hearing Date: January 3, 2012<br>Time: 10:30AM<br>Courtroom 1** |

   Plaintiff Liberty Media Holdings, LLC respectfully requests this Court to enter default judgment against Defendant Schulyer Whetstone.  In support of its Motion, Plaintiff offers the attached Memorandum of Points and Authorities and supporting declarations.

Dated: December 6, 2011            Respectfully submitted,

                        s/ Marc Randazza
                        Marc J. Randazza, CA Bar 269535
                        Randazza Legal Group
                        6525 Warm Springs Rd. Suite 100
                        Las Vegas, NV 89118
                        888-667-1113
                        305-437-7662 (fax)
                        mjr@randazza.com
                        Attorney for Plaintiff, Liberty Media Holdings