UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CARY TABORA and SCHULYER WHETSTONE<br><br>Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>DECLARATION OF BRIAN DUNLAP IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SCHULYER WHETSTONE<br><br>Hearing Date: January 3, 2012<br>Time: 10:30AM<br>Courtroom 1 |

I, BRIAN DUNLAP, declare under penalty of perjury that:

1. I over the age of 18 and am a resident of the State of Nevada.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am employed as Chief Operating Officer (COO) by the Plaintiff in Las Vegas, Nevada.

4. As COO, it is my responsibility to track the effect of piracy on the Plaintiff's operations.

5. Liberty's revenue consists almost entirely of: (1) membership sales to our website, (2) DVD sales, and (3) the licensing of our intellectual property. The infringement as issue here has a direct effect on our DVD sales.

6. Liberty relies upon its ability to control the distribution of its copyrighted works in order to maintain revenues based on these three factors. If illegal copies of Liberty's content

are available through the Internet, including through protocols like BitTorrent, Liberty cannot control the distribution of its works through membership sales or DVD sales. If Liberty fails to control these avenues of distribution, Liberty also loses power when bargaining with legitimate parties who wish to license Liberty's works.

7. If an individual illegally downloads the contents of a Liberty DVD, the user has no incentive to purchase a legitimate copy of that DVD from Liberty.

8. According, Liberty loses hundreds, if not thousands, of potential sales from the actions of individuals distributing Liberty's copyrighted works through systems like BitTorrent protocols.

9. Given this loss of potential sales, the wide-spread nature of online piracy, and the negative affects on licensing values, online intellectual property threat is one of the greatest threats to Liberty and to the entertainment industry.

10. The intellectual property theft occurring over BitTorrent protocols causes immediate harm. This harm to Liberty is irreparable, immediate, ongoing, and continues to be so unabatedly.

11. Neither Liberty, nor anyone employed by Liberty authorized Mr. Whetstone to duplicate and/or distribute any of its works over BitTorrent protocols, nor would Liberty ever contemplate doing so.

12. Liberty charges a $60 retail price for the DVD "Down on the Farm," the work which Defendant Whetstone distributed over BitTorrent to 840 individuals as shown in the report filed at ECF 18-2. Based on the numbers, Liberty Media Holdings, LLC lost at least $50,400 in sales due to the infringement in this case.

13. This report only provides U.S. BitTorrent distribution. It is my strong presumption that there were at least that many more globally. Thus, damages to Liberty Media Holdings are most likely in excess of $100,000.

Signed under penalty of perjury this 6th day of December 2011 in Las Vegas, NV.

_____
Brian Dunlap