**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>        Plaintiff,<br><br>    vs.<br><br>CARY TABORA and SCHULYER<br>WHETSTONE<br><br>        Defendant. | Case No. 11-CV-00651-IEG-JMA<br><br>**DECLARATION OF ERIKA DILLON IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SCHULYER WHETSTONE**<br><br>**Hearing Date: January 3, 2012**<br>**Time: 10:30AM**<br>**Courtroom 1** |

I, ERIKA DILLON, declare under penalty of perjury that:

1.    I over the age of 18 and am a resident of the State of Nevada.

2.    I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3.    I am employed as an in-house paralegal by the Plaintiff.

4.    The opening screen of the work in question in the instant action, "Down on the Farm," displays the Plaintiff's location as San Diego, California.

5.    A true and correct copy of this opening screen is in the record at ECF 18-1.

6.    Liberty produces and distributes high quality adult entertainment films. It is the custom and practice to register each and every film with the United States Copyright Office.

7.     Plaintiff did not authorize Defendant to duplicate and/or distribute any of its works, nor would Liberty ever contemplate doing so, especially not through a system of protocols and file transfer clients like BitTorrent.

8.     I am familiar with the BitTorrent protocol, a variety of clients available to access the protocol, the use of these clients, and the methods through which users access these clients.

9.     While utilizing a BitTorrent protocol to download and upload files does not require a programmer's expertise, it is not an operation that can be run on a computer without the user's explicit intent to do so.

10.    BitTorrent is a highly-used method of file swapping.  The Financial Post wrote an article earlier this year, celebrating the 10th anniversary of the introduction of the file sharing method.  In this article, they reveal that BitTorrent accounts for about 21.6% of all North American internet traffic.  This percentage places it at higher daily traffic access than YouTube.  A true and correct copy of this article is attached as Exhibit A.  The data regarding traffic is displayed prominently as bar graphs on page 2.

11.    BitTorrent is a complicated system that I will attempt to describe below.  As a supplement, I have attached a Maximum PC White Paper called "How BitTorrent Works," an eHow.com entry titled "Definition of a Torrent," and the Wikipedia entry for "BitTorrent (protocol)" to aid in further description of the process.  These articles are attached as Exhibits B, C, and D, respectively.

12.    BitTorrent is a method of allowing user's computers to interface with each other.  To use BitTorrent requires the downloading of a "client" to access the protocols that allow the data transfer.  The client in BitTorrent is similar to software in that some form of a client is required to interpret the files that allow the file transfers to take place.  There are a wide variety of clients available because the protocol information for BitTorrent is open source, allowing multiple individuals to be able to analyze the programming strings and create their own clients.  The most common programs are Xunlei, Vuze, uTorrent, BitTorrent 7, BitComet, Bitflu, ZipTorrent and Transmission.  While the exact percentages of useage of each client is debatable, it is generally agreed that these clients make up over 90% of the BitTorrent protocol use.

13.    To even begin to utilize the downloading and uploading platform, a user must first download and install a client.

14.     Once a user has downloaded a client, they then must locate a torrent file for the file or set of files they wish to download ("target files").  These files can be located through a variety of ways.  They are frequently found on indexing websites, like the now infamous Pirate Bay, but can also be distributed through email listservs, Really Simple Syndication feeds ("RSS feeds"), and directly by users to each other through a variety of means on the internet.  Once this torrent file is located, it must be downloaded and opened in the BitTorrent protocol.

15.     When the torrent file is opened in the protocol chosen by the user, it obtains information directing the user's computer to a tracker.  This tracker contains the data of all users downloading or uploading the particular target file the torrent file links to, called a "hash" file. A hash is a string of letters and numbers indicating the users on the BitTorrent network that have the exact target file that can be broken up and distributed over the protocol.  Opening the file with the client adds the individual user into the "swarm," a collective of individuals uploading and downloading piecemeal parts of the target file.

16.     Once connected to a swarm, a user begins downloading the target file in sections. Most effective clients, including the top clients, begin by downloading the rarest portions of a file in order to provide more copies for more access to these files by more members of the swarm.  For example, if a torrent of a file consisting of parts A, B, C, and D was being downloaded by users 1, 2, and 3 from the initial propagator, the files would be distributed with one part going to each user, i.e. 1-A, 2-B, 3-C.  When user 4 joins, they are would be assigned section D, since it is the part of the file that only exists on the initial seed.  Once these four users each have a singular section, the initial propagator can remove itself from the swarm and let the other users swap sections with each other.

17.     Once a user has a completed file, that file is then finalized by the client and saved on his computer.  When setting up a client, the client will request that users designate a location on the computer to save files and most clients use this as the location from which files can be uploaded.  That file is then available to be uploaded from this user and he seeds back into other members of the swarm.

18.     While BitTorrent depends on users reciprocating in uploading files, none of the clients can force users to allow others to retrieve files from their machines.  Each user has the ability to prevent files on their computer from being uploaded through the protocol.  See Exhibit

1    B at the top of page 3. ("[I]t can't force anyone who downloads files from other people's

2    computers to allow others to download files from their machines.")

3        19.    Because of the nature of this displaced file sharing, torrenting depends on users

4    reciprocating downloads with uploads. While some programs use a system called "optimistic

5    unchoking" (a system by which a seeder releases tiny portions to a set of leechers where no other

6    seeders exist, which allows a set of leechers to retrieve a file but severely lengthens the times of

7    downloading), many programs require a tit-for-tat setting that requires that user download rates

8    match user upload rates.

9        20.    The tracking files that keep the locations of the available file portions also keep

10   data regarding how much the computers involved in the torrents has uploaded. Some trackers

11   limit and slow access to the torrents if user's uploading rates are not deemed to be acceptable.

12   See Exhibit C at page 2. ("If you are not uploading at an acceptable rate, a tracker may limit and

13   slow your access to part of the file that you still need to download.")

14       21.    There are a variety of ways for the individuals uploading and downloading files to

15   restrict leechers (users who do not share files). Several of the most popular clients allow peers to

16   see the upload to download ratio of the users connected to them in the swarm. It is common

17   practice among peers with this information to either "boot" (kick off) leechers or to move them

18   to the bottom of the downloading priority list.

19       22.    Transmission, one of the BitTorrent clients available, even lists in their FAQs a

20   warning to users indicating that that "seeding well while downloading does improve your

21   download." A true and correct copy of this FAQ entry is attached as Exhibit E.

22       23.    Many individuals who use torrent protocols and clients seek ways to limit or slow

23   leechers. In the FAQs for the Demonoid, a website that creates trackers and distributes RSS

24   feeds of torrents available for download, they discuss the problems with leechers ("A hit-and-

25   runner is a leecher who completes the download, but doesn't seed until they reach a ratio of 1.0.

26   Of course, this is frowned upon. These hit-and-run users are often called leechers, as in the

27   parasite, the blood-sucker that lives in the tropics." (The 1.0 ratio refers to the download/upload

28   ratio where a 1.0 is an individual who uploads as much as they download.)); the fact that many

     clients have protection against leechers ("There may be an anti-leech protection in effect limiting

     transfers to you. Many clients does have this feature to ensure peers give back what they have

taken to the swarm"); and that not uploading enough can cause slower downloads (under a "Why am I downloading so slowly?" they list "You're not uploading enough. Remember, bittorrent is a sharing protocol. If you're being stingy with the uploads, other clients won't transfer to you. Many clients even tell you that your download rate is proportional to your upload rate. … In any case, be sure to upload as much as you can."). A true and correct copy of these FAQs is found at Exhibit F; the quotations above are from pages 4 and 6.

24. Some users even seek out methods to extract actual monetary payment from leechers through services like BitCoin. This has even been discussed in popular torrent forums and the main BitTorrent forums. A true and correct copy of a thread from forum.bittorrent.com suggesting some payment method be enacted is attached as Exhibit G.

25. Leeching is such a pervasive issue on BitTorrent's effectiveness that it has gained attention from academics. The paper "A Measurement of Study of Attacks on BitTorrent Leechers" is attached as Exhibit H.

26. All of the major torrent protocols have displays that show both what files a user is downloading and what files the user is uploading to others. These windows are clearly labeled and anyone familiar enough with the protocols to use these systems would be able to tell that they were uploading files to a swarm. In fact, most systems default to a setting that leaves completed files listed in the upload or download section until they are manually cleared by the user. This means that even if a user left their client running over night, had a swarm connect to files they had elected to share previously, and had this swarm's download finish before they looked at their computer again, a record of that individual client's upload would remain displayed until removed by the user.

27. BitTorrent protocols do not offer anonymity. The vast majority, and particularly the most used clients, allow the individual user access into the IP addresses of all current participants in the swarm. As long as a user is connected to a swarm through either uploading or downloading, that user has the ability to find the IP addresses of the other members of the swarm.

28. Because IP addresses distinguish the location of a user, if an individual user cared to take the time, it would be easy to discern the country and, if in the United States, the state that the other members of the swarm were located in.

29.     While some clients allow for the use of proxy IP addresses, these proxies are not used for all aspects of the data transfer.  For example, uTorrent, one of the most popular protcols, does not allow proxy addresses in the User Datagram Protocol (UDP) traffic, so while the trackers involved in the program record the proxy, the realtime users uploading to or downloading from an individual using a proxy would still be able to see the user's correct IP address.  This system is common among the major clients and requires special settings and often add-ons to circumvent.  This is discussed in the comments of the Torrent Freak article "How and Why BitTorrent Works," a true and correct copy of which is attached at Exhibit I.  See the top of page 4 for this discussion.

30.     BitTorrent serves to reduce server and network impact of distributing large files by decentralizing downloads from a single source server.  There are many legal uses for this protocol, especially for smaller business and artists wishing to disseminate large files of materials.  For example, at www.clearbits.com, many authors, musicians, illustrators and film creators provide access to works that would otherwise cripple small servers and websites.  This medium allows them to distribute access information without affecting the traffic and speeds of their primary websites by dispersing the uploading and downloading bandwidths over the BitTorrent protocol.

31.     While legal avenues are available for the use with BitTorrent protocols, users of this system are definitely aware of the volumes of illegal works contained within these systems.

32.     In addition to individual BitTorrent users providing seeding services for the return of the ability to download works, the initial propigators of BitTorrent are also, most frequently, rewarded with profit.  The vast majority of these financial incentives are obtained by promoting other websites in the torrent data.   These torrent propogators reap the rewards of the advertisement sales on their websites and the increased traffic that raises the domain's value.  Attached as Exhibit J is a paper from the Universidad Carlos III de Madrid entitled "Is Content Publishing in BitTorrent Altruistic or Profit-Driven?" with the discussion of how the profits work contained in 5.1 through 5.3.

33.     Most of the major BitTorrent protocols listed above provide the user not only with the ability to view the other IP addresses joined in the swarm while the downloading is taking place, but also provide the user with the ability to take logs of these IP addresses.  In fact,

BitTorrent specifically outlines how to accomplish this in their online user manual.  A true and correct copy of this manual is attached as Exhibit K.  Because IP addresses are confined geographically (i.e. certain ranges of numbers are assigned to certain states or countries), it is possible to know, generally, the location of a user based upon IP address.

Signed under penalty of perjury this 6th day of December 2011 in Las Vegas, NV.

Erika Dillon.