# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Liberty Media Holdings, LLC

V.                                         **JUDGMENT IN A CIVIL CASE**

Cary Tabora; and Schulyer Whetstone

CASE NUMBER:   11cv651-IEG(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Defendant Tabora's motion to dismiss, **DENIES** Plaintiff's motion for default judgment, and **DISMISSES** Plaintiff's Complaint for lack of personal jurisdiction. Case is closed..............

| January 5, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON January 5, 2012 |